**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MARCELINA PENA BASILIO,** | § | |
| | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | |
| **TODD BLANCHE,** | § | |
| *Acting U.S. Attorney General*; | § | |
| **MARKWAYNE MULLIN,** | § | |
| *Secretary of the U.S. Department of* | § | |
| *Homeland Security*; | § | |
| **DAVID J. VENTURELLA,** | § | **EP-26-CV-00328-DCG** |
| *Senior Official Performing the Duties of the* | § | |
| *Director of U.S. Immigration and Customs* | § | |
| *Enforcement*; | § | |
| **MARISA FLORES,** | § | |
| *Director, El Paso Field Office, Immigration* | § | |
| *and Customs Enforcement*; **and** | § | |
| **CURTIS TAYLOR,** | § | |
| *Major General, U.S. Army at Camp Bliss*, | § | |
| | § | |
| | § | |
| *Respondents*. | § | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On July 8, 2026, the Court partly granted Petitioner Marcelina Pena Basilio's Petition for

a Writ of Habeas Corpus.[1]  As relevant here, the Court ordered Respondents to:

(1)     release Petitioner from custody within seven calendar days (*i.e.*, by July 15, 2026); and

(2)     file a notification by July 22, 2026 confirming that Respondents had done so.[2]

---

[1] *See generally* Order Granting Pet. In Part, ECF No. 6.

[2] *See id.* at 5–6.

All page citations in this Order refer to the page numbers assigned by the Court's CM/ECF system, rather than the cited document's internal pagination.

On July 10, 2026—several days before Respondents' deadline to release Petitioner—the parties jointly stipulated to dismiss these habeas proceedings without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[3]  The Joint Stipulation doesn't indicate why Petitioner has agreed to voluntarily dismiss a case that, for all practical purposes, she has already won.[4] For instance, the Stipulation doesn't reveal whether Respondents have already released Petitioner pursuant to the Court's July 8, 2026 Order, or whether Respondents have already removed Petitioner from the country (thereby rendering habeas relief moot), etc.[5]  Nor does the Stipulation specify whether the parties want the Court to vacate its prior Order to the extent it requires Respondents to release Petitioner by July 15th and provide a status update by July 22nd.[6]

Given that uncertainty, the most appropriate course of action is to:

(1)    dismiss and close this case as Rule 41(a)(1)(A)(ii) mandates;[7]

(2)    partially vacate the July 8, 2026 Order to the extent it would require Respondents to file a notification on the docket of a dismissed case; and

(3)    otherwise leave the July 8, 2026 Order intact.

If proceeding in that fashion is in any way inconsistent with how the parties agreed or envisioned that this case would terminate, they may move to modify this Order accordingly.

---

[3] *See* Stipulation, ECF No. 7, at 1.

*See also* FED. R. CIV. P. 41(a)(1)(A) ("[T]he plaintiff may dismiss an action without a court order by filing . . . (ii) a stipulation of dismissal signed by all parties who have appeared.").

[4] *See* Stipulation at 1.

[5] *See id.*

[6] *See id.*

[7] *See, e.g.*, *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013) ("Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing.").

Thus, pursuant to the parties' "Stipulation of Voluntary Dismissal" (ECF No. 7), the Court **DISMISSES** the above-captioned case **WITHOUT PREJUDICE**.

The Court **VACATES** its "Order Granting Petition for Writ of Habeas Corpus In Part" (ECF No. 6) **IN PART** to the extent it requires Respondents to "notify the Court" by July 22, 2026 "with confirmation of Petitioner's release."[8]

In all other respects, the Court's "Order Granting Petition for Writ of Habeas Corpus In Part" (ECF No. 6) shall **REMAIN UNCHANGED**.

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 10th day of July 2026.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

---

[8] *See* Order Granting Pet. In Part at 6 (emphases omitted).